HEIDI COAD-HERMELIN (SBN: 161510)
HERMELIN LAW FIRM
706 Main Street, Suite C
Martinez, CA 94553
Telephone: (925) 228-6500
Facsimile: (925) 228-6507

Attorneys for Defendant
NORMA EDITH MUNOZ

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In Re:

NORMA EDITH MUNOZ,

    Debtor.
_____/

FIA CARD SERVICES, N.A.,

    Plaintiff,

vs.

NORMA EDITH MUNOZ,

    Defendant.
_____/

Bankruptcy Case No.: 11-41878

Chapter 7

Adversary Proceeding No.: 11-04135

**DECLARATION OF HEIDI COAD-HERMELIN IN SUPPORT OF MOTION FOR ORDER TO COMPEL REQUEST FOR PRODUCTION OF DOCUMENTS AND SPECIAL INTERROGATORIES AND ATTORNEY'S FEES**

I, HEIDI COAD-HERMELIN, declare:

1. I am an attorney licensed to practice before this court and all the courts in the State of California.

2. I am a member of the Hermelin Law Firm current counsel for Defendant Norma Munoz.

3. I have personal knowledge of the following facts and if called as a witness could and

Declaration of Heidi Coad-Hermelin
in Support of Motion to Compel

Case: 11-04135   Doc# 17   Filed: 10/24/11   Entered: 10/24/11 16:59:17   Page 1 of 5

would competently testify thereto.

4. On August 11, 2011, my office served a Request for Production of Documents and Special Interrogatories by mail on Plaintiff's counsel.

5. On or about September 9, 2011, I had a telephone conference with an attorney representing Plaintiff (Glen Miller) and reminded him that the discovery responses were due on September 14, 2011.

6. On October 11, 2011, I sent the correspondence attached hereto as Exhibit A to Plaintiff's counsel, requesting that they comply with the discovery requests.

7. On October 24, 2011, I called Plaintiff's attorney and left a voice mail message again requesting the discovery requests and letting him know that I would be forced to file a Motion to Compel if they did not return my call regarding the outstanding discovery. No response was received.

8. The hourly billing rate charged to the defendant in this matter is $221.25 per hour. I spent two (2) hours drafting the Motion to Compel. I anticipate spending an additional two (2) hours responding to any opposition and appearing at the hearing.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed this 24th day of October 2011, in Martinez, California.

/s/ Heidi Coad-Hermelin
HEIDI COAD-HERMELIN
Attorneys for Defendant
Norma Edith Munoz

EXHIBIT A

Case: 11-04135   Doc# 17   Filed: 10/24/11   Entered: 10/24/11 16:59:17   Page 3 of 5

Old City Hall Building  
706 Main Street, Suite C  
Martinez, CA 94553



HERMELIN  
LAW FIRM

Tel:(925) 228-6500  
Fax:(925) 228-6507  
HermelinLaw.com

October 11, 2011

Sent Via Facsimile Transmission  
310-826-1086

Jerome A Yelsky, Esq.  
Weinstein & Riley, PS  
12100 Wilshire Boulevard, Suite 1100  
Los Angeles, CA 90025

**Re:** **Adversary Case No. 11-04135**  
FIA Card Services v. Norma Munoz

Dear Mr. Yelsky:

My office served discovery requests in the above referenced matter on August 11, 2011. I previously spoke with attorneys from your office about the outstanding discovery but no responses have been received. The responses must be received no later than the close of business on October 12, 2011 by facsimile or email transmission with originals to follow.

Sincerely,

HERMELIN LAW FIRM

HEIDI COAD-HERMELIN

# HP LaserJet *3050*
# Fax Call Report



HERMELIN LAW FIRM
9252286507
Oct-11-2011    14:34

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 6577 | 10/11/2011 | 14:33:38 | Send | 13108261086 | 0:45 | 2 | OK |



Old City Hall Building
706 Main Street, Suite C
Martinez, CA 94553

**HERMELIN LAW FIRM**

Tel:(925) 228-6500
Fax:(925) 228-6507
www.HermelinLaw.com

# FACSIMILE TRANSMISSION

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED BELOW. THIS MESSAGE MAY BE AN ATTORNEY/CLIENT COMMUNICATION AND, AS SUCH, IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US BY MAIL. THANK YOU.

**TO:** Jerome Yelsky

**FAX NUMBER:** 310-826-1086

**DATE:** 10/11/11

**FROM:** Heidi Coad-Hermelin

**PAGES:** 2 (including cover)

**RE:** FIA Card Services v. Norma Munoz

**MESSAGE:** Letter of today's date

Case: 11-04135    Doc# 17    Filed: 10/24/11    Entered: 10/24/11 16:59:17    Page 5 of 5