```
WEINSTEIN & RILEY, P.S.
Jerome A. Yelsky - SBN 75240
12100 Wilshire Blvd, Suite 1100
Los Angeles, CA 90025
Telephone: 310-820-6529
Attorneys for Plaintiff
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>Norma Edith Munoz,<br><br>Debtor(s). | Chapter 7<br>Bankruptcy No. 11-41878 EJ<br>Adversary Case No. 11-04135 EJ<br>**NOTICE OF SETTLEMENT** |
| FIA Card Services, N.A. (f.k.a. MBNA America Bank, N.A.)<br><br>Plaintiff,<br>vs.<br>Norma Edith Munoz,<br><br>Defendant | DATE: 11/15/2011<br>TIME: 9:30 AM<br>CTRM: 215 |

TO: THE HONORABLE EDWARD D. JELLEN, U.S. BANKRUPTCY JUDGE

This serves to advise the Court, that the above matter has been resolved and that the Trial currently set for November 15, 2011 at 09:30 AM at Oakland Room 215, and the Motion to Compel currently set for November 21, 2011 at 09:00 AM at Oakland Room 215, should be taken off calendar.

A stipulation agreement is being circulated between the parties as of 10/31/2011.

Dated: November 1, 2011

Respectfully submitted,

WEINSTEIN & RILEY, P.S.

By: /s/ Jerome A Yelsky
Jerome A Yelsky
Attorneys for Plaintiff

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK,

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 14 Penn Plaza, Suite 1300, New York, New York 10122.

On November 1, 2011, I served the foregoing document described as: **NOTICE OF SETTLEMENT** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Norma Edith Munoz
60 Kenwood Court
Oakley, CA 94561

Heidi A. Coad-Hermelin
Attorney at Law
706 Main Street #C
Martinez, CA 94553

BY MAIL I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at New York, New York. Executed on November 1, 2011 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Jennifer Ventura